# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNEQUAL TECHNOLOGIES COMPANY**, <br><br> Plaintiff, <br><br> *v.* <br><br> **MERCURY SCREEN PRINTING,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-2192-KSM** |

## ORDER

**AND NOW**, this 19th day of January, 2023, upon consideration of the Defendant's motion to dismiss (Doc. No. 17), Plaintiff's response (Doc. No. 18), Defendant's reply (Doc. No. 19), and Plaintiff's sur-reply (Doc. No. 21), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the motion to dismiss is **GRANTED** and the Complaint is **DISMISSED for lack of personal jurisdiction**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.